FILED - GR
August 22, 2025 3:53 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: MKC  SCANNED BY: /m /8/25

1:25-cv-996
Ray Kent- Magistrate Judge

The scanned version of this document represents an exact copy of the original as submitted to the Clerk's Office. The original has not been retained.

Page 1 of 4

EMERGANCY LIFE THREAT FILING

United States Federal Court
Filings 8-17-25/Case ■/Part 1
Plantiff: Jordan Michael Crall
Birth date 09-27-1987
Drivers license # C640 439 603 746
Address ① Temp./Branch County
Jail  379 Kieth Wilhelm dr
Coldwater MI 49036  Other/
② 100 west pearl st Box 873
Coldwater MI 49036

Defendent(s): 1) State of Michigan

2) Branch County Michigan

3) Coldwater Michigan

((Including But Not Limited To) Places And People)
Branch county- 911 Dispatch/sherriffs Department
141 w chicago RD.  379 Kieth Wilkem drive
Coldwater MI 49036  Coldwater MI 49036
Public Defenders Office  300 orleans Boulevard/Courthouse  31 Division st
coldwater MI 49036  Coldwater MI 49036
Coldwater - Coldwater Police Department/CBPU Coldwater Board of Public Utilities
57 division st  45 Industrial Ave
Coldwater MI 49036  Coldwater MI 49036
City Attorneys Office  coldwater MI 49036
State of Michigan - State Attorney General/St.Gov (State gov't not)
-Couldnt Get 3 address's above by sealing envolope.-

**EMERGANCY THREAT FILING**

<u>Sueing For Cause</u>: "Cruel and Unusual Punishment" of Multiple Standards and things of (Rights/Laws/Policies/Rules/Others) Freedom of Speech Violation leading to Multiple violations and charges Under Probation and law so called violated terms and conditions. leading to even more violations of under continued retaliations and actions of these 7-7-25 so called violations. Case #s - 2024O7365M / 2025O507FY/2025OO16OM/2025O559FY/ 2025O56OFY/2025O561FY. <u>The facts were Known before Arrest and after by multiple people multiple times with no response Judgements to release from custody without Conviction.</u>

<u>Suing for Compinsation</u>: 30 million dollars per place and 10 million dollars per person with charges for convictions of <u>these things that do include</u> Cruel and Unusual Punishment, Conspiracy Charges Against me. That Were told to Multiple people over and over again what was going on and what thought was going on

Page 3 of 4

EMERGANCY LIFE THREAT FILING

United States Federal Court
Filing's 8-17-25 / Case 1 / Part 2
Plantiff: Jordan Michael Crall
Birth Date: 09-27-1987
Drivers liance # C640439603746
Address: Temp. / Branch County Jail 379 Kieth Wilhelm dr Coldwater MI 49036 Other / 100 west pearl st Box 873 Coldwater MI 49036

Defendant(s): (same as part 1)

<u>Suing for compinsation continued</u>: over and over well they kept doing what they were doing even setting up for other charges (past and future). <u>Charge(s) were Explaned</u> And still even on that No Bond Release (PR) or Dismissal(s). (Now trying to steel my Storage by false charges/Jail time only paid until 9-1-25)

(A-G) <u>I need ordered</u>: A] A lein hold Warrent on storage unit 43 at A to Z storage  B] Copies and Mail Entitlement  C] Gather/Copy/Send Copy evidence entitlements  D] A release from custody entitlement  E] Evidence Material entitlements (Paper/USB-C/copying/etc)  F] Filing Forms Complete Book of Forms of (U.S. Fed. court) G] Rider to cart

Page 4 of 4

EMERGANCY THREAT FILING

(A-B) **Motion Explanation Request**
**Evidentary Evidence Exibits**
← Needed →
(Like said under Needs - Subpoena(s)/Fee Waivers/Forms/Orders)

I do have: **A)** "around" <u>400 page</u> discovery pack ready "in my cell" But was and are <u>unable</u> to yet copies due to (retaliations) and (so called rights) of "Jail staff and others", not to mention "some" recordings needed "in my" jail property from 7-7-25 (so called legal offense charges). That I still have not been able to since arrested get copies to or meet with so: Attorneys/Prosecutors/courts/police (or others), like I have yet to see evidence even against me, asked for this and other legal stuff over and over again with (no response) or (help).

**B)** Evidence Proof This is a <u>continued</u> consperacy of life cruel and unusual punishment that people were notified about "in my" <u>storage unit</u> At "A to Z" Storage unit 43" (<u>8 totes of filer paperwork / 4-5 bags filer paperwork / 2/3 totes electronics used well going on to get ready for lawsuit and new of/Plus around 5TB of Data of videos + pictures + etc on Sd cards - USbs - storage bark drives / 2/3 odd boxes not filed yet of filer paperwork oddered evidence pieces of what was being done including statements by witness(s)</u> that Are Being Attempted to - Be Destroyed Right now -. [signature] 8-17-25

Jordan Michael Crall
379 Kieth Wilhelm dr
Coldwater MI 49036
Branch County Jail
Inmate



FOREVER / USA

Gerald R. Ford
Federal Building and Courthouse
110 Michigan Street NW
Grand Rapids MI 49503

MAIL ORIGINATES FROM
BRANCH COUNTY JAIL,

4950342300